BENDER PRESS, INC., Appellant and Respondent, *v.* COUNTY OF ORANGE, Respondent and Appellant.

Argued June 3, 1938; decided July 7, 1938.

*Stanley B. Johnson* for plaintiff, appellant and respondent.

*Percy V. D. Gott* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.